Case 1:19-cv-01099-KG-JFR Document 1 Filed 11/25/19 Page 1 of 3

19cv1099 KG-JFR

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 25 2019
MITCHELL R. ELFERS
CLERK

Honorable Judge in District Court

I, Phillip B Salazar do swear under oath that the following statements are true about Curry County Adult Detention Center. Extremely terrible and hazardous living conditions in Delta Pod.

1. Heater has not worked since the beginning of winter until current date

2. Possible asbestos in air shafts and vents.

3. Black mold caused by leaking toilets in cells 106-101.

All bad situations for our health and environments in Delta Pod causing severe headaches, fatigue, stomach aches, nausea, shortness of breath, pain in lungs, loss of appetite, dizziness, strokes and seizures, and heart attacks. Five inmates already have been to the hospital to be treated for these symptoms.

I am asking for relief from your courts to investigate all the grievances listed above. We are looking to send the conditions here to "Larry Barker Investigates" Action 7 news.

I am acting as my own attorney in seeking some sort of relief or possibly an investigation. We have already made conditions, and grievances known to Warden Gallegos via CCDC grievance forms, and had our original letters we from Delta Pod had intended to send to your courts confiscated by LT Centeno.

I Phillip Salazar am indigent and am hoping this could be filed your courts as a fee process.

Please look into these allegations at hand for the "Inmates Rights Act".

Respectfully Submitted
Philip B Sa
Phillip B Salazar


Mailing Address: 248 Lincoln Ave
Clovis NM 88101

Phillip Sal[...]
901 mitchell
Clovis NM 88101

REC[...]
UNITED STATES [...]
ALBUQUER[...]
NOV 25 2019
MITCHELL A. [...]
CLERK



U.S. District Court
State of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd. N.W.
Albuquerque N.M. 87102-6517