IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP B. SALAZAR,

    Plaintiff,

v.                                                       No. 19-cv-1099-KG-JFR

CURRY COUNTY ADULT
DETENTION CENTER,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED:

1. All claims in the complaint (Doc. 1) are dismissed with prejudice.
2. The above captioned case should be closed by the Clerk's office as soon as practicable.

_____
UNITED STATES DISTRICT JUDGE